004209

Order issued September 26, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00057-CR
No. 05-12-00058-CR

**LARRY EUGENE FINNEY, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

On August 22, 2012, this Court notified appellant that his brief was overdue. To date, the Court has not received appellant's brief.

We **ORDER** Riann C. Moore, Dallas County Public Defender's Office, to file appellant's brief within **FIFTEEN DAYS** from the date of this order. If the brief is not filed within the specified time period, we may remove Ms. Moore as appointed counsel for appellant and order the trial court to appoint new counsel to represent appellant on appeal.

_____
LANA MYERS
JUSTICE